IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROGER LIVERMAN, SR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:06cv64 |
| | § | (SCHELL/BUSH) |
| JOSEPH D. BROWN | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On February 23, 2006, the Magistrate Judge entered a report containing his proposed findings of fact and recommendations that Plaintiff's Motion for Temporary Injunction (Docket #2 ), Plaintiff's Motion for Temporary Injunction to Prevent Further Retaliation and Tampering with a Witness, Victim, or Informant (Docket #4), Roger Liverman, Jr.'s Motion for Emergency Hearing on Temporary Injunction to Prevent Further Retaliation and Tampering with a Witness, Victim, or Informant (Docket #5), and Roger Liverman Jr.'s Motion for Immediate Hearing (Docket #10) all be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Motion for Temporary Injunction (Docket #2 ) is **DENIED**. It is further

**ORDERED** that Plaintiff's Motion for Temporary Injunction to Prevent Further Retaliation and Tampering with a Witness, Victim, or Informant (Docket #4) is **DENIED**. It is further

**ORDERED** that Roger Liverman, Jr.'s Motion for Emergency Hearing on Temporary Injunction to Prevent Further Retaliation and Tampering with a Witness, Victim, or Informant (Docket #5) is **DENIED**. It is finally

**ORDERED** that Roger Liverman Jr.'s Motion for Immediate Hearing (Docket #10) is **DENIED**.

**SIGNED** this 21st day of March, 2006.

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE