# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

06 JUN 13 PM 4: 26

TEXAS-EASTERN
BY_____

| | | |
|---|---|---|
| ROGER LIVERMAN, SR. | § | |
| | § | |
| V. | § | CASE NO. 4:06CV64 |
| | § | (Judge Schell /Judge Bush) |
| JOSEPH D. BROWN, CRIMINAL | § | |
| DISTRICT ATTORNEY, GRAYSON | § | |
| COUNTY | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On May 19, 2006, the Magistrate Judge entered his Report containing his proposed findings of fact and recommendation that Defendant's Second Motion to Dismiss Under Rule 12(b)(6) be granted.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendant's Motion to Dismiss Under Rule 12(b)(6) is **GRANTED** and the above titled and numbered cause of action is **DISMISSED**.

Signed the 12th day of June, 2006

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE